# APPENDIX A

## CLASS POLICIES

**PCS 1 Class Policies**

| State | Policy/Certificate Form |
|---|---|
| Alabama | 7000X |
| | 7020X |
| Alaska | 7000X |
| | 7020X |
| Arizona | 7000 |
| | 7020AS |
| Arkansas | 7000 |
| | 7020 |
| California | 7011 |
| | 7012 |
| | 50022K |
| | 7000AS |
| | 7000AU |
| | 7020B |
| Colorado | 7000B |
| | 7001B |
| | 7020S |
| | 7022B |
| | 7022S |
| Connecticut | 50024B |
| | 7000AT |
| | 7000R |
| | 7001R |
| | 7020AA |
| Connecticut Partnership | 50024 |
| | 50024B |
| D. C. | 7000X |
| | 7001X |
| | 7020X |
| Delaware | 7000AA |
| | 7020A |
| Florida | 7000N |
| | 7001N |
| | 7020C |

| | |
|---|---|
| Georgia | 50021D |
| | 7000W |
| | 7000Y |
| | 7001W |
| | 7020Y |
| Hawaii | 7000V |
| | 7001V |
| | 7020AJ |
| Idaho | 7000AL |
| | 7020AE |
| Illinois | 7000C |
| | 7001C |
| | 7020E |
| Indiana | 50024A |
| | 7000AM |
| | 7020Q |
| Indiana Partnership | 50024A |
| Iowa | 7000 |
| | 7020K |
| Kansas | 7000M |
| | 7020N |
| Kentucky | 7000Q |
| | 7001Q |
| | 7020AC |
| Louisiana | 7000 |
| | 7020AU |
| Maine | 50020U |
| | 7000AD |
| | 7003AE |
| | 7003CA |
| Maryland | 7000AP |
| | 7020BB |
| | 7020V |
| Massachusetts | 7000AR |
| | 7001X |
| | 7020X |
| Michigan | 7000AG |
| | 7020T |
| Minnesota | 7002MA/B |
| | 7002MC |
| | 7020AQ |
| | 7020BF |

| | |
|---|---|
| Mississippi | 7000AF |
| | 7020AL |
| Missouri | 7000F |
| | 7001F |
| | 7020G |
| Montana | 7000AH |
| | 7020AG |
| Nebraska | 7000J |
| | 7001J |
| | 7020U |
| Nevada | 7000AJ |
| | 7020AP |
| New Hampshire | 7000T |
| | 7001T |
| | 7020AK |
| New Jersey | 7000X |
| | 7001X |
| | 7020X |
| New Mexico | 7000AB |
| | 7020AR |
| New York | 50110 |
| | 51000 |
| | 51001 |
| | 51002 |
| New York Partnership | 50109 |
| North Carolina | 7000A |
| | 7001A |
| | 7020J |
| North Dakota | 7000U |
| | 7001U |
| | 7020AH |
| Ohio | 7000G |
| | 7001G |
| | 7020H |
| Oklahoma | 7000AC |
| | 7020AD |
| Oregon | 7000AN |
| | 7020AF |
| Pennsylvania | 7000AX |
| | 7000L |
| | 7001M |
| | 7020BA |
| | 7020F |
| Rhode Island | 7000AK |
| | 7020AN |
| South Carolina | 50020P |
| | 7000P |
| | 7001P |

| | |
|---|---|
| | 7020BD |
| | 7020M |
| South Dakota | 7000AE |
| | 7020AM |
| Tennessee | 7000D |
| | 7001D |
| | 7020R |
| Texas | 7000AV |
| | 7000E |
| | 7001E |
| | 7020BC |
| | 7020D |
| Utah | 7000 |
| | 7020AV |
| Vermont | 7000 |
| | 7020 |
| Virginia | 7000AQ |
| | 7001H |
| | 7020P |
| Washington | 50020E |
| | 7000AW |
| | 7000K |
| | 7001K |
| | 7020L |
| West Virginia | 7000 |
| | 7020 |
| Wisconsin | 50022E |
| | 50023A |
| | 7020AB |
| | 7020BE |
| | 7000S |
| Wyoming | 7000 |
| | 7020 |

**PCS 2 Class Policies**

| State | Policy/Certificate Form |
|---|---|
| Alabama | 7030 |
| | 7031 |
| | 7032 |
| | 7030CRT |
| | 7031CRT |
| | 7032CRT |
| Alaska | 7030AZ |
| | 7031AZ |
| | 7032AV |

| | |
|---|---|
| Arizona | 7030AM |
| | 7031AM |
| | 7032AJ |
| Arkansas | 7030AB |
| | 7031AB |
| | 7032AW |
| California | 7030AE |
| | 7031AE |
| | 7032AE |
| | 7034 |
| | 7011-A |
| | 7012-A |
| | 7034A |
| Colorado | 7030A |
| | 7031A |
| | 7032A |
| Connecticut | 7030F |
| | 7031F |
| | 7032F |
| | 7033 |
| D.C. | 7030 |
| | 7031 |
| | 7032 |
| Delaware | 7030B |
| | 7031B |
| | 7032B |
| Florida | 7030H |
| | 7031H |
| | 7032H |
| Georgia | 7030AL |
| | 7031AL |
| | 7032AN |
| Hawaii | 7030AD |
| | 7031AD |
| | 7032AC |
| Idaho | 7030AV |
| | 7031AU |
| | 7032AR |
| Illinois | 7030D |
| | 7031D |

| | |
|---|---|
| | 7032D |
| Indiana | 7030AQ |
| | 7031AP |
| | 7032AL |
| | 50024D-7030AP |
| | 7032AK |
| Iowa | 7030G |
| | 7031G |
| | 7032G |
| Kansas | 7030AF |
| | 7031AF |
| Kentucky | 7030Q |
| | 7031Q |
| | 7032Q |
| Louisiana | 7030AG |
| | 7031AG |
| | 7032AF |
| Maine | 7030AT |
| | 7031AS |
| | 7032AP |
| Maryland | 7030R |
| | 7031R |
| | 7032R |
| Massachusetts | 7030AA |
| | 7031AA |
| | 7030CRT |
| | 7031CRT |
| | 7032CRT |
| Michigan | 7030 |
| | 7031 |
| Minnesota | 7030P |
| | 7031P |
| | 7032P |
| Mississippi | 7030V |
| | 7031V |
| | 7032V |
| Missouri | 7030C |
| | 7031C |
| | 7032C |
| Montana | 7030W |

| | |
|---|---|
| | 7031W |
| | 7032W |
| Nebraska | 7030K |
| | 7031K |
| | 7032K |
| Nevada | 7030U |
| | 7031U |
| | 7032U |
| New Hampshire | 7030AX |
| | 7031AW |
| | 7032AT |
| New Jersey | 7030 |
| | 7031 |
| | 7032 |
| | 7030CRT |
| | 7031CRT |
| | 7032CRT |
| New Mexico | 7030AH |
| | 7031AH |
| | 7032AD |
| New York | 51005 |
| | 51006 |
| | 51007 |
| New York Partnership | 51008 |
| North Carolina | 7030AW |
| | 7031AV |
| | 7032AS |
| North Dakota | 7031AT |
| | 7032AQ |
| | 7030AU |