IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| JUDY HALCOM, HUGH PENSON, HAROLD CHERRY, and RICHARD LANDINO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, <br><br> Defendants. | Civil Action No. 3:21-cv-00019-REP <br><br> <u>CLASS ACTION</u> |

PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Judy Halcom, Harold Cherry, Hugh Penson, and Richard Landino ("Plaintiffs"), on behalf of themselves and the Class, respectfully move this Court for final approval of the proposed Settlement. The terms and conditions of the Settlement are set forth in the Joint Stipulation of Class Action Settlement and Release (ECF No 46-1). The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers.

Pursuant to this Court's Order Granting Preliminarily Approval of Settlement and Directing Notice to the Class, a hearing is set for February 9, 2022, at 10:00 a.m. to address this motion. (ECF Nos. 51 and 52). Proposed orders will be submitted with Plaintiffs' reply submission on or before January 27, 2022.

DATED: December 3, 2021         PHELAN PETTY PLC

       /s/ Jonathan M. Petty
MICHAEL G. PHELAN (VSB No. 29725)
JONATHAN M. PETTY (VSB No. 43100)
6641 West Broad Street, Suite 406
Richmond, VA 23230
Telephone: 804/980-7100
804/767-4601 (fax)
mphelan@phelanpetty.com
jpetty@phelanpetty.com

GOLDMAN SCARLATO & PENNY, P.C.
BRIAN DOUGLAS PENNY
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA 19428
Telephone: 484/342-0700
484/342-0701 (fax)
penny@lawgsp.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
BRADLEY BEALL (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
bbeall@rgrdlaw.com

BERGER MONTAGUE PC
SHANON J. CARSON
GLEN L. ABRAMSON
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 215/875-3000
215/875-4604 (fax)
scarson@bm.net
gabramson@bm.net

*Class Counsel*

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2021, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

                                              /s/ Jonathan M. Petty
Jonathan M. Petty (VSB No. 43100)
PHELAN PETTY, PLC
3315 West Broad Street
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com

*Counsel for Plaintiffs*