IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| JUDY HALCOM, HUGH PENSON, HAROLD CHERRY, and RICHARD LANDINO, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | Civil Action No. 3:21-cv-00019-REP <br><br> CLASS ACTION |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK, | ) ) ) ) | |
| Defendants. | ) ) | |

CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND
EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS

Plaintiffs Judy Halcom, Harold Cherry, Hugh Penson, and Richard Landino ("Plaintiffs" and collectively "Named Plaintiffs") respectfully move the Court for entry of an Order: (i) awarding attorneys' fees in the amount of $1,000,000.00 relating to the injunctive relief achieved for the Settlement Class, and an additional contingent payment equal to 15% of the cash damages payments made pursuant to the Special Election Options selected by the Settlement Class, in an amount not to exceed $18,500,000.00, as well as payment of litigation expenses of $26,701.96, to be paid in accordance with the terms of the Settlement Agreement; and (ii) awarding service awards of $15,000.00 to each of the Named Plaintiffs in connection with their representation of the Class.  The grounds and reasons for granting this relief are stated with particularity in the accompanying brief and other supporting papers.

Pursuant to this Court's Order Granting Preliminary Approval of Settlement and Directing Notice to the Class, a hearing is set for February 9, 2022, at 10:00 a.m. to address this motion.

(ECF Nos. 51 and 52).  Proposed orders will be submitted with Plaintiffs' reply submission on or before January 27, 2022.

DATED: December 3, 2021                    PHELAN PETTY, LLC

                                           /s/ Jonathan M. Petty
                                           MICHAEL G. PHELAN (VSB No. 29725)
                                           JONATHAN M. PETTY (VSB No. 43100)
                                           6641 West Broad Street, Suite 406
                                           Richmond, VA  23230
                                           Telephone:  804/980-7100
                                           804/767-4601 (fax)
                                           mphelan@phelanpetty.com
                                           jpetty@phelanpetty.com

                                           ROBBINS GELLER RUDMAN
                                             & DOWD LLP
                                           STUART A. DAVIDSON (*pro hac vice*)
                                           BRADLEY BEALL (*pro hac vice*)
                                           120 East Palmetto Park Road, Suite 500
                                           Boca Raton, FL  33432
                                           Telephone:  561/750-3000
                                           561/750-3364 (fax)
                                           sdavidson@rgrdlaw.com
                                           bbeall@rgrdlaw.com

                                           GOLDMAN SCARLATO & PENNY, P.C.
                                           BRIAN DOUGLAS PENNY
                                           Eight Tower Bridge, Suite 1025
                                           161 Washington Street
                                           Conshohocken, PA  19428
                                           Telephone:  484/342-0700
                                           484/342-0701 (fax)
                                           penny@lawgsp.com

                                           BERGER MONTAGUE PC
                                           SHANON J. CARSON
                                           GLEN L. ABRAMSON
                                           1818 Market Street, Suite 3600
                                           Philadelphia, PA 19103
                                           Telephone:  215/875-3000
                                           215/875-4604 (fax)
                                           scarson@bm.net
                                           gabramson@bm.net

                                           Attorneys for Plaintiffs and Class Counsel

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 3, 2021, I filed the foregoing pleading or paper through the Court's CM/ECF system, which sent a notice of electronic filing to all registered users.

<u>          /s/ Jonathan M. Petty          </u>
Jonathan M. Petty (VSB No. 43100)
PHELAN PETTY, LLC
6641 West Broad Street, Suite 406
Richmond, VA  23230
Telephone:  804/980-7100
804/767-4601 (fax)
jpetty@phelanpetty.com

*Counsel for Plaintiffs*