507 W. Crocus Dr.
Radcliff, KY 40160
Dec. 2, 2021

Clerk of U.S. District Court
Eastern District of Virginia
701 Broad Street
Richmond, VA 23219

Dear Sir or Madam:

My name is Angela S. Brown. My address is 507 W. Crocus Dr., Radcliff, KY 40160. The name of the case & case number is Halcom et al v. Genworth Life Insurance Company et al., Case No. 3:21-cv-00019-REP.

I choose Option #3 because I want to remain in the Settlement Agreement & be bound by its terms; but, I oppose an aspect of the Settlement Agreement or Class Counsel's application for an award of fees & expenses.

I'm concerned about my long term care company staying in good shape financially so that they are able to help me with my bills when I need their help. The attorneys' fees & litigation expenses seem high to me.

I am unable to appear at the Final Approval Hearing & noone on my behalf will appear at this Hearing.



Very sincerely,

Angela S. Brown

Angela S. Brown