```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF VIRGINIA
                        Richmond Division
```

JUDY HALCOM,
et al.,

    Plaintiffs,

v.                                        Civil Action No. 3:21cv19

GENWORTH FINANCIAL, INC.,
et al.,

    Defendants.

### ORDER

To facilitate review of the CLASS COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND SERVICE AWARDS TO THE NAMED PLAINTIFFS (ECF No. 59) and the requested fee, it is hereby ORDERED that, by 5:00 PM, February 8, 2022, counsel for the plaintiffs shall submit (separately by firm):  (1) a description of the categories of service provided/work performed as reflected in the asserted 4,800 hour lodestar calculation figure; and (2) as to each category, the total dollar amount attributable to the category.  The categories shall be:

    (1)    Document Review

    (2)    Witness Interviews

    (3)    Preparation of Discovery Requests
           (including negotiations respecting those requests)

    (4)    Preparation of Complaint

    (5)    Preparation of Briefs (including topics)

(6) Mediation

(7) Preparation of Settlement Agreement and Related Documents

(8) Administration of Settlement

(9) Preparation of PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (ECF No. 53) and Supporting Documents

Counsel may identify any other category of work/service as to which significant time was devoted.

It is so ORDERED.

                                  /s/        *REP*
                      Robert E. Payne
                      Senior United States District Judge

Richmond, Virginia
Date:  February 7, 2022