UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JUDY HALCOM, HUGH PENSON, HAROLD CHERRY, and RICHARD LANDINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | Civil Action No. 3:21-cv-00019-REP<br><br><u>CLASS ACTION</u> |

**JOINT STIPULATION OF AMENDED SETTLEMENT AGREEMENT**

Upon the stipulation of the parties, through their undersigned counsel, the parties agree as follows:

WHEREAS, on February 9, 2022, the Court held a hearing on Final Approval in this action during which the Court requested that the Parties propose revisions to Paragraph 46(a) of the August 22, 2021 Settlement Agreement concerning the Release by Named Plaintiffs and the Class (the "Release Provision");

WHEREAS, on February 11, 2022, the Parties filed a letter to the Court with revisions to the Release Provision, and on March 18, 2022, the Parties attended a conference call with the Court wherein the Court requested that the Parties submit an Amended Joint Stipulation of Settlement with the revised Release Provision;

WHEREAS, counsel for Plaintiffs Judy Halcom, Hugh Penson, Harold Cherry, and Richard Landino ("Plaintiffs") and counsel for Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York ("Genworth") hereby submit for final

approval an Amended Joint Stipulation of Settlement, to modify the Release Provision (now reflected in Paragraph 53(a) of the Amended Joint Stipulation of Settlement), add corresponding Whereas Recitals,[1] and include an updated Special Election Letter template in Appendix D that includes the various non-material changes that were previously submitted to the Court on January 27, 2022.

**THE PARTIES NOW HEREBY STIPULATE AS FOLLOWS:**

　　1.　　The Amended Joint Stipulation of Settlement, attached hereto as Exhibit A, should be finally approved by the Court.

[signatures on next page]

---

[1] The additional Whereas clauses, which recite the case's procedural history since the Joint Stipulation of Settlement was last submitted to the Court, also resulted in a subsequent renumbering of Paragraphs in the Amended Joint Stipulation of Settlement.

DATED:  March 22, 2022                /s/ Brian D. Penny_____

PHELAN PETTY PLC
MICHAEL G. PHELAN, ESQ. VSB NO. 29725
JONATHAN M. PETTY, ESQ. VSB NO. 43100
6641 W. Broad Street, Ste. 406
Richmond, VA 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
mphelan@phelanpetty.com
jpetty@phelanpetty.com

GOLDMAN SCARLATO & PENNY, P.C.
BRIAN DOUGLAS PENNY (*pro hac vice*)
Eight Tower Bridge, Suite 1025
161 Washington Street
Conshohocken, PA  19428
Tel:  (484) 342-0700
Fax: (484) 342-0701
penny@lawgsp.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
STUART A. DAVIDSON (*pro hac vice*)
CHRISTOPHER C. GOLD (*pro hac vice*)
BRADLEY BEALL (*pro hac vice*)
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Tel:  (561) 750-3000
Fax: (561) 750-3364

BERGER MONTAGUE PC
GLEN L. ABRAMSON (*pro hac vice*)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel:  (215) 875-3000
Fax: (215)875-4604
gabramson@bm.net

*Attorneys for Plaintiffs*

DATED:  March 22, 2022        /s/ Michael J. Duvall

MCGUIREWOODS LLP
BRIAN C. RIOPELLE (VSB No. 36454)
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA  23219
Telephone:  804/775-1000
804/775-1061 (fax)
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
1221 Avenue of the Americas
New York, NY  10020
Telephone:  212/768-6700
212/768-6800 (fax)
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 22nd day of March, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

/s/
_____

PHELAN PETTY PLC
MICHAEL G. PHELAN, ESQ. VSB NO. 29725
JONATHAN M. PETTY, ESQ. VSB NO. 43100
6641 W. Broad Street, Ste. 406
Richmond, VA 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
mphelan@phelanpetty.com
jpetty@phelanpetty.com