IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JUDY HALCOM,
et al.,

    Plaintiffs,

v.                                                      Civil Action No. 3:21-cv-19

GENWORTH LIFE INSURANCE COMPANY,
et al.,

    Defendants.

**ORDER**

This matter is before the Court on the objections submitted by W. Edward Bacon (ECF No. 55); Lenora Galitz (ECF No. 72; and, by incorporation, Alan Pfeffer (ECF Nos. 64 & 69)); Lenora Galitz on behalf of Salia Galitz (ECF No. 73); and Diane Crone, Terry Crone, Walter Leen, Paul Lubell, Bonnie Fontenot Nielson, and Dennis Nielson (collectively, "Crone et al.) (ECF No. 74) (collectively, "the objectors"); as well as the renewed objection by Diane Crone et al. (ECF No. 97); all of whom are now represented by counsel.

The Court conferred by telephone conference with counsel for the plaintiffs, defendants, and objectors on May 24, 2022 and was informed that the objectors' objections are withdrawn as moot in light of an agreement reached by class counsel, defendants' counsel, and the objectors' counsel. Therefore, it is hereby ORDERED that by June 3, 2022, the parties and the objectors shall file a stipulation detailing

the terms of the agreement the parties reached with the objectors, upon receipt of which the Court will deny the objections as moot.

It is so ORDERED.

/s/ _____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 25, 2022