UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

| | |
|---|---|
| JUDY HALCOM, HUGH PENSON, HAROLD CHERRY, and RICHARD LANDINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GENWORTH LIFE INSURANCE COMPANY and GENWORTH LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendants. | ) Civil Action No. 3:21-cv-00019-REP<br>)<br>) <u>CLASS ACTION</u><br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STIPULATION OF SECOND AMENDED SETTLEMENT AGREEMENT**

Upon the stipulation of the parties, through their undersigned counsel, the parties agree as follows:

WHEREAS, on February 9, 2022, the Court held a hearing on Final Approval in this action during which the Court requested that the Parties propose revisions to Paragraph 46(a) of the Joint Stipulation of Class Action Settlement and Release executed by the Parties on August 22, 2021 (the "Original Settlement Agreement") concerning the Release by Named Plaintiffs and the Class (the "Release Provision");

WHEREAS, on February 11, 2022, the Parties filed a letter to the Court with revisions to the Release Provision (ECF No. 94), and on March 18, 2022, the Parties attended a conference call with the Court wherein the Court requested that the Parties submit an Amended Joint Stipulation of Settlement with the revised Release Provision;

WHEREAS, on March 22, 2022, the Parties entered into an Amended Joint Stipulation of Class Action Settlement and Release (the "Amended Settlement Agreement") with revisions to

the Release Provision and an updated Special Election Letter template in Appendix D that includes various non-material changes that were previously submitted to the Court on January 27, 2022 (ECF Nos. 96 & 96-1);

WHEREAS, on June 3, 2022, the Parties entered into a Joint Stipulation of Settlement with Objectors (the "Objectors' Settlement Agreement") with objectors Diane Crone, Terry Crone, Walter Leen, Paul Lubell, Bonnie Fontenot Nielson, and Dennis Nielson, Alan Pfeffer, Lenora Galitz, Salia Galitz and W. Edward Bacon (the "Objectors") (ECF No. 105-1) and filed a Joint Motion to Approve Settlement with Objectors (ECF No. 104);

WHEREAS, the Court approved the Parties' Joint Motion to Approve Settlement with Objectors on June 21, 2022;

WHEREAS, counsel for Plaintiffs Judy Halcom, Hugh Penson, Harold Cherry, and Richard Landino ("Plaintiffs") and counsel for Defendants Genworth Life Insurance Company and Genworth Life Insurance Company of New York ("Genworth") hereby submit for final approval the Second Amended Joint Stipulation of Class Settlement and Release (the "Second Amended Settlement Agreement"), to modify the Release Provision (now reflected in Paragraph 55(a) of the Second Amended Settlement Agreement) and add corresponding Whereas Recitals.[1]

**THE PARTIES NOW HEREBY STIPULATE AS FOLLOWS:**

1. The Second Amended Settlement Agreement, attached hereto as Exhibit A, should be finally approved by the Court.

[signatures on next page]

---

[1] The additional Whereas clauses, which recite the case's procedural history since the Amended Settlement Agreement last submitted to the Court (ECF No. 96-1), also resulted in a subsequent renumbering of paragraphs in the Second Amended Settlement Agreement.

| | |
|---|---|
| DATED:  June 22, 2022 | /s/ Jonathan M. Petty |

                                      PHELAN PETTY PLC
                                      JONATHAN M. PETTY, VSB NO. 43100
                                      MICHAEL G. PHELAN, VSB NO. 29725
                                      3315 W. Broad Street
                                      Richmond, VA 23230
                                      Tel: (804) 980-7100
                                      Fax: (804) 767-4601
                                      mphelan@phelanpetty.com
                                      jpetty@phelanpetty.com

                                      GOLDMAN SCARLATO & PENNY, P.C.
                                      BRIAN DOUGLAS PENNY (*pro hac vice*)
                                      Eight Tower Bridge, Suite 1025
                                      161 Washington Street
                                      Conshohocken, PA  19428
                                      Tel:  (484) 342-0700
                                      Fax: (484) 342-0701
                                      penny@lawgsp.com

                                      ROBBINS GELLER RUDMAN
                                        & DOWD LLP
                                      STUART A. DAVIDSON (*pro hac vice*)
                                      CHRISTOPHER C. GOLD (*pro hac vice*)
                                      BRADLEY BEALL (*pro hac vice*)
                                      120 East Palmetto Park Road, Suite 500
                                      Boca Raton, FL  33432
                                      Tel:  (561) 750-3000
                                      Fax: (561) 750-3364

                                      BERGER MONTAGUE PC
                                      GLEN L. ABRAMSON (*pro hac vice*)
                                      1818 Market Street, Suite 3600
                                      Philadelphia, PA 19103
                                      Tel:  (215) 875-3000
                                      Fax: (215)875-4604
                                      gabramson@bm.net

                                      *Attorneys for Plaintiffs*

DATED:  June 22, 2022	/s/ Brian C. Pumphrey
MCGUIREWOODS LLP
BRIAN C. RIOPELLE (VSB No. 36454)
BRIAN E. PUMPHREY (VSB No. 47312)
HEIDI E. SIEGMUND (VSB No. 89569)
Gateway Plaza
800 East Canal Street
Richmond, VA  23219
Telephone:  804/775-1000
804/775-1061 (fax)
briopelle@mcguirewoods.com
bpumphrey@mcguirewoods.com
hsiegmund@mcguirewoods.com

DENTONS US LLP
REID L. ASHINOFF (*pro hac vice*)
DREW MARROCCO (VSB No. 38955)
MICHAEL DUVALL (*pro hac vice*)
CATHARINE LUO (*pro hac vice*)
1221 Avenue of the Americas
New York, NY  10020
Telephone:  212/768-6700
212/768-6800 (fax)
reid.ashinoff@dentons.com
drew.marrocco@dentons.com
michael.duvall@dentons.com
catharine.luo@dentons.com

*Attorneys for Defendants*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send a notification of such filing to all counsel of record.

                                             /s/
PHELAN PETTY PLC
MICHAEL G. PHELAN, ESQ. VSB NO. 29725
JONATHAN M. PETTY, ESQ. VSB NO. 43100
6641 W. Broad Street, Ste. 406
Richmond, VA 23230
Tel: (804) 980-7100
Fax: (804) 767-4601
mphelan@phelanpetty.com
jpetty@phelanpetty.com